UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-                                                                     Case No. 2:05cr20441-1Ma

LOUIE HOLLOWAY

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the defendant to be detained pending trial.

    The defendant makes no application for release at this time. A motion for conditions of release and a detention hearing may be filed at a later date.

Arraignment is set on Wednesday, January 4, 2006 at 10:00 am, before Magistrate Judge S. Thomas Anderson, in Courtroom #M-3, 9th floor, United States Courthouse and Federal Building, 167 North Main, Memphis, TN.

### DIRECTIONS REGARDING DETENTION

    **LOUIE HOLLOWAY** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **LOUIE HOLLOWAY** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   December 27, 2005

                                                    TU M. PHAM
                                       UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20441 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT